**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01823-REB-MEH

COLIN FORAN,

      Plaintiff,

v.

ZENITH ACQUISITION CORPORATION, a New York corporation,

      Defendant.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#11], filed October 30, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#11], filed October 30, 2006, is **APPROVED**; and

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated October 31, 2006, at Denver, Colorado.

                    **BY THE COURT:**

                    **s/ Robert E. Blackburn**
                    **Robert E. Blackburn**
                    **United States District Judge**